# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CARSON REAL ESTATE COMPANIES, LLC., | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 11-CV-2696-JFM |
| v. | ) Transferred to this Court: Sept. 19, 2011 |
| COSTAR GROUP, INC., COSTAR REALTY INFORMATION, INC., and MICHAEL WEINSTEIN | ) Previous Docket: E.D. Mich. 10-cv-13966 |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Carson Real Estate Companies, LLC and defendants CoStar Group, Inc., CoStar Realty Information, Inc. and Michael Weinstein hereby voluntarily agree and stipulate to the dismissal of this action with prejudice, each party to pay its own costs and attorneys' fees.

Dated: December 1, 2011

| CARSON REAL ESTATE COMPANIES, LLC | COSTAR GROUP, INC., COSTAR REALTY INFORMATION, INC. and MICHAEL WEINSTEIN |
|---|---|
| By their attorneys,<br><br>  /s/ Christopher Wallace<br>Christopher Wallace Bar No. 16637<br>NIXON PEABODY LLP<br>401 9th Street, N.W.<br>Suite 900<br>Washington, DC 20004<br>(202) 585-8000<br>(202) 585-8080 (facsimile)<br>cwallace@nixonpeabody.com | By its attorneys,<br><br>  /s/ Matthew J. Oppenheim<br>Matthew J. Oppenheim Bar No. 22256<br>Scott A. Zebrak Bar No. 17741<br>The Oppenheim Group, LLP<br>7304 River Falls Drive<br>Potomac, MD  20854<br>(301) 299-4986<br>(866) 766-1678 (fax)<br>matt@oppenheimgroup.com |